FILED
UNITED STATES DISTRICT
DENVER, COLORADO

JUL 1 0 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00703-BNB

CLIFFORD WOODS,

    Plaintiff,

v.

EL PASO COUNTY,
UNKNOWN EL PASO COUNTY SHERIFFS, and
JUDY FENDER, Health Services Administrator,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE
A SECOND AMENDED COMPLAINT

---

Plaintiff, Clifford Woods, currently is detained at the El Paso Criminal Justice Center in Colorado Springs, Colorado. Mr. Woods initiated this action by filing a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343 alleging that his rights under the United States Constitution have been violated. The Court entered an order on May 1, 2007, directing Mr. Woods to file an Amended Complaint and name as defendants the individuals who violated his constitutional rights. On July 3, 2007, Plaintiff filed an Amended Complaint with the Court.

The Court must construe the Amended Complaint liberally because Mr. Woods is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Woods will be ordered to file a Second Amended Complaint.

The Court has reviewed the Amended Complaint and finds that it is deficient. Defendant El Paso County is not a proper party to the action. As Plaintiff was instructed in the Court's May 1, 2007, Order, municipalities and municipal entities are not liable under 42 U.S.C. § 1983 solely because their employees inflict injury on a plaintiff. *Monell v. New York City Dep't of Social Servs.*, 436 U.S. 658, 694 (1978); *Hinton v. City of Elwood, Kan.*, 997 F.2d 774, 782 (10th Cir. 1993). To establish liability, a plaintiff must show that a policy or custom exists and that there is a direct causal link between the policy or custom and the injury alleged. *City of Canton, Ohio v. Harris*, 489 U.S. 378, 385 (1989). Mr. Woods cannot state a claim for relief under § 1983 merely by pointing to isolated incidents. *See Monell*, 436 U.S. at 694.

As for Defendant Judy Fender, Plaintiff fails to assert in the Amended Complaint what Defendant Fender did to violate his constitutional rights. With respect to Defendants Unknown El Paso County Sheriffs, Plaintiff may use fictitious names, such as "John Doe" and "Jane Doe," if he does not know the real names of the individuals who allegedly violated his rights. However, if Mr. Woods uses fictitious names he must provide sufficient information about each defendant so that each defendant can be identified for purposes of service. Mr. Woods will be given an opportunity to file a Second Amended Complaint and cure the deficiencies identified above. Accordingly, it is

ORDERED that Mr. Woods shall file **within thirty days from the date of this Order** a Second Amended Complaint that is in keeping with the instant Order. It is

2

FURTHER ORDERED that the Second Amended Complaint shall be titled, "Second Amended Prisoner Complaint," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Woods, together with a copy of this Order, two copies of the Prisoner Complaint form. It is

FURTHER ORDERED that Mr. Woods submit sufficient copies of the Second Amended Complaint to serve each named defendant. It is

FURTHER ORDERED that if **within thirty days from the date of this Order** Mr. Woods fails to file a Second Amended Complaint that complies, to the Court's satisfaction, with this Order the action will be dismissed without further notice.

DATED July 10, 2007, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00703-BNB

Clifford Woods
Prisoner No. A00128785
El Paso County Det. Facility
2739 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on _____7/10/07_____

                                GREGORY C. LANGHAM, CLERK

                                By: _____
                                      Deputy Clerk