IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00703-PAB-KMT

CLIFFORD N. WOODS,

    Plaintiff,

v.

JUDY FENDER, El Paso County Heath [sic] Servics [sic] Adm.,

    Defendant.

## ORDER

This matter is before the court on "Defendant Fender's Motion to Strike Plaintiff's Motion for Preliminary Injunction and Memoranda, Documents 111, 113, and 116" (Doc. No. 121). Defendant requests that the court strike the motion for preliminary injunction and the documents related thereto because the issues raised in the filings do not relate to Defendant Fender. In the alternative, Defendant requests the motion be stricken for Plaintiff's failure to serve the defendant with a copy of the motion.

Fed. R. Civ. P. 12(f) provides, in pertinent part, "The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." The court agrees the motion for preliminary injunction is not directed at Defendant Fender, but at his current place of incarceration. Therefore, the court may strike the motion on this basis alone.

Furthermore, Rule 7.1A of the District of Colorado Local Rule of Civil Practice provides:

> A. Duty to Confer. The court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a pro se party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a pro se party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

*Id.* Plaintiff's motion does contain the required statement of conferral or attempted conferral in the motion or in an attached certificate. The motion does not set forth any effort made by the plaintiff to confer with opposing counsel before filing the motion.

Finally, Fed. R. Civ. P. 5(a)(1) requires that any pleading filed after the original complaint and any written motion be served on any party. Plaintiff did not serve his motion or the related documents on Defendant. Plaintiff previously has been warned that further documents filed by Plaintiff not served on Defendant may be stricken. (*See* Doc. No. 73.) Accordingly, it is

ORDERED that "Defendant Fender's Motion to Strike Plaintiff's Motion for Preliminary Injunction and Memoranda, Documents 111, 113, and 116" (Doc. No. 121) is GRANTED. Documents 111, 113, and 116 are STRICKEN.

Dated this 3rd day of March, 2009.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

2